UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:20-CR-00132(1)-ADA |
| | § | |
| (1) AKEEM DE'QUAN HUGHES | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On September 5, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) AKEEM DE'QUAN HUGHES, which alleged that Hughes violated a condition of his supervised release and recommended that Hughes's supervised release be revoked (Clerk's Document No. 47).  A warrant issued and Hughes was arrested.  On September 24, 2025, Hughes appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Hughes appeared before the magistrate judge on October 7, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on October 7, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Hughes, the magistrate judge recommends that this court continue Hughes supervised release. The magistrate judge recommends the additional following special conditions: (1) The defendant shall have no contact with ▄▄▄▄ ▄▄▄▄, to include contact through a phone, in person, through a third party, and through social media; and (2) the defendant shall take a domestic violence course as directed by the Probation Officer (Clerk's Document No. 61).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On October 7, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 59). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 61 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) AKEEM DE'QUAN HUGHES's term of supervised release is hereby CONTINUED. In addition, defendant Hughes shall comply with the following special conditions:

(1) The defendant shall have no contact with ███████, to include contact through a phone, in person, through a third party, and through social media; and

(2) the defendant shall take a domestic violence course as directed by the Probation Officer

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 8th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE